SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



# Court of Appeal
## FIFTH CIRCUIT
### STATE OF LOUISIANA
101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 Fax

October 6, 2025

Case Number: 25-KH-374

To All Interested Parties:

This office has determined that this court's August 20, 2025 writ disposition in this matter was not issued to the lower court on that date. This writ disposition has been re-issued today to all parties and to the lower court.

Sincerely,

CURTIS B. PURSELL
CLERK OF COURT

CBP/lt

5TH CIR. COURT OF APPEALS

VERSUS

BRANDON P. GRAY, SR.

NO. 25-KH-374

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

October 06, 2025

Linda Tran
First Deputy Clerk

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS
Linda Tran
First Deputy, Clerk of Court

**IN RE** BRANDON P. GRAY, SR.

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DANYELLE M. TAYLOR, DIVISION "O", NUMBER 14-5895

---

Panel composed of Judges John J. Molaison, Jr.,
Scott U. Schlegel, and Timothy S. Marcel

### WRIT GRANTED FOR A LIMITED PURPOSE

On September 22, 2016, relator was found guilty by a jury of five counts of armed robbery in violation of La. R.S. 14:64 (counts one through five) and aggravated flight from an officer in violation of La. R.S. 14:108.1(C) (count six). On December 12, 2016, after relator stipulated to the multiple bill, the trial court vacated relator's sentence on count one and resentenced him as a second-felony offender to fifty years imprisonment at hard labor without benefit of parole, probation, or suspension of sentence. This Court affirmed relator's convictions and sentences on December 20, 2017. *State v. Gray*, 17-166 (La. App. 5 Cir. 12/20/17), 235 So.3d 1270. The Louisiana Supreme Court would not consider relator's subsequently filed writ application because it was untimely filed pursuant to Louisiana Supreme Court Rule X § 5. *State v. Gray*, 18-250 (La. 4/16/18), 239 So.3d 830 (writ not considered).

In this writ application, relator seeks to compel the trial court to rule on his second application for post-conviction relief (ACPR), which he claims was filed at the Twenty-Fourth Judicial District Court on December 18, 2024. The writ application is deficient because it does not contain a copy of the APCR itself or evidence that it was filed. Nevertheless, we will grant the application for the limited purpose of ordering the district court to rule within 14 days on any pending APCRs that were properly filed by the relator and to provide a copy of any responsive rulings to this Court.

Gretna, Louisiana, this 6th day of October, 2025.

**JJM**
**SUS**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/06/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-KH-374**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Danyelle M. Taylor (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Brandon P. Gray, Sr. #391978 (Relator)
Dixon Correctional Institute
Post Office Box 788
Jackson, LA 70748